```
STEPHEN THOMAS ERB (SBN 125248)
STEPHEN THOMAS ERB, APC
11440 West Bernardo Court, Suite 204
San Diego, California 92127
Telephone:  (858) 487-2728
Facsimile:  (858) 487-5886
Email: s.erb@erbapc.com
```

FILED
06 SEP 12 PM 1:56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                              DEPUTY
BY:

Attorney for Defendant Kayo Oil Company
and Ted Kobayashi

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILSON,<br><br>        Plaintiff,<br><br>v.<br><br>KAYO OIL COMPANY dba CIRCLE K #5250; TED KOBAYASHI, SUCCESSOR TRUSTEE OF THE WALSH TRUST AGREEMENT U/D/T DATED 5/7/86<br><br>        Defendants. | Case No. 06-CV-1035 BEN (AJB)<br><br>**SUBSTITUTION OF ATTORNEY OF RECORD** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Ted Kobayashi, Successor Trustee of the Walsh Trust Agreement U/D/T Dated 5/7/86, hereby substitutes Stephen Thomas Erb, Esq. of Stephen Thomas Erb, APC, as counsel of record in the above-entitled action in the place and stead of Richard M. Valdez, Esq. of Sandler, Lasry, Laube, Byer & Valdez, LLP, effective immediately.

| | |
|---|---|
| 1 | The undersigned hereby consent to such substitution. |

Dated: July 28, 2006

TED KOBAYASHI, TRUSTEE
WALSH TRUST 5/7/86

By: _____
Ted Kobayashi

Dated: August 15, 2006

SANDLER, LASRY, LAUBE,
BYER & VALDEZ, LLP

By: _____
Richard M. Valdez, Esq.
Attorney for Defendant
Ted Kobayashi

Dated: August 28, 2006

STEPHEN THOMAS ERB, APC

By: _____
Stephen Thomas Erb, Esq.
Attorney for Defendants
Kayo Oil Company and
Ted Kobayashi

## ORDER

The above substitution of attorney is hereby approved.

**IT IS SO ORDERED.**

Dated: 9/11/06

_____
United States District Judge

Substitution of Counsel - 2

## PROOF OF SERVICE

I, the undersigned, declare: that I am, and was at the time of service of the papers herein referred to, over the age eighteen years, and not a party to the action herein referred to; and I am employed in the County of San Diego, California, in which county the within mentioned service occurred. My business address is 11440 West Bernardo Court, Suite 204, San Diego, California 92127.

On August 30, 2006, I served the following document(s):

**Defendant Ted Kobayashi's Substitution of Attorney of Record,**

to each addressee named hereinafter as follows:

Lynn Hubbard, III                                    Attorney for Plaintiff Ronald Wilson
Scottlynn J. Hubbard, IV
12 Williamsburg Lane
Chico, CA  95926
Telephone:     530-895-3252

[✓] by **USPS First Class Mail.**

[ ] by **Facsimile Transmission.**

[ ] by **Federal Express Overnight Mail.**

[ ] by **Personal Service.**

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 30, 2006, in San Diego, California.

Yana Dorn